IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                         Case Number: 1:17cr108

Michael Chan

CRIMINAL MINUTES: AMENDED PLEA HEARING AND SENTENCING

AUSA Christy Muncy read into the record the amended plea agreement

Defendant appeared with counsel Karen Savir and was sentenced as follows:

Jail term of 37 Months

Conditions/Recommendations:

       That the defendant be placed in the closest appropriate facility to NYC
       Participation in the Apprenticeship Program
       Participation in a BOP mental health program

3 Years Supervised Release

Conditions:

       Participation in Mental Health Program at discretion of Probation Officer
       Defendant is restricted from the Internet during term of SR except for school purposes
       Submit and/or surrender any media device

Assessment: 100           Fine: 0           Restitution: 0

Defendant is remanded to the United States Marshal

Judge:               Susan J. Dlott

Courtroom Deputy:     William Miller

Court Reporter:       Julie Wolfer, Official

Date:                January 15, 2019